UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONA YOUNG KEMP, ET AL.

VERSUS

CTL DISTRIBUTION, INC., ET AL.

CIVIL ACTION

NO. 09-1109-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated MaY 5, 2010 (doc. no. 21).  The plaintiffs filed an objection which merely restates their prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the Motion to Remand filed by plaintiffs Rona Young Kemp, Roxann Young and Carl Young is DENIED.

Baton Rouge, Louisiana, June 24, 2010.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA